IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PETER LI, INC.,

    Plaintiff,

vs.

BAYARD, INC.,

    Defendant.

Case No. 3:10-CV-308

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY OVERRULING PLAINTIFF'S REQUEST FOR TEMPORARY RESTRAINING ORDER; CAPTIONED CAUSE REFERRED TO JUDGE TIMOTHY S. BLACK ON WHOSE DOCKET THIS CASE RESIDES

---

Pursuant to the record made on August 3, 2010, this Court, in the absence of assigned Judge Timothy S. Black, overrules the Plaintiff's Request for a Temporary Restraining Order (Doc. #4-1). Given that this case resides on the docket of Judge Timothy S. Black, the captioned cause is referred to him for any and all further proceedings deemed necessary.

September 20, 2010
(nunc pro tunc August 3, 2010)

WALTER H. RICE for TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record